BATES *v.* BATES

Appeal from Wayne, Dingeman (Harry J., Jr.), J. Submitted Division 1 November 9, 1967, at Detroit. (Docket No. 2,242.)   Decided December 2, 1968.

Complaint by Nellie Bates against Giles Bates for divorce.   Judgment for plaintiff.   Plaintiff appeals from child custody and property provisions. Affirmed.

*Russell J. Comer,* for plaintiff.

*Andree DuFresne,* for defendant.

QUINN, J.   This contested divorce action resulted in a judgment of divorce to plaintiff.   She appeals from those portions of the judgment dealing with child custody and property settlement.   The only issues raised on appeal that merit consideration relate to the child custody award and to the property settlement.

A review of the record discloses ample evidence to support the judgment of the trial judge.

Affirmed with costs to defendant.

LEVIN, P. J., and J. H. GILLIS, J., concurred.